**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6502**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

WILLIAM HARDY, III,

              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:00-cr-00069-RAJ-1)

─────────────

Submitted:  July 30, 2009              Decided:  August 5, 2009

─────────────

Before MOTZ, KING, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William Hardy, III, Appellant Pro Se.  Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hardy, III, appeals the district court's orders denying his "Petition for a Writ of Audita Querela" and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hardy, No. 2:00-cr-00069-RAJ-1 (E.D. Va. Jan. 30, 2009 & Feb. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED